# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN BORENSTEIN,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>EMERALD SUITES,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:17-CV-1341 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *Borenstein v. Emerald Suites*, case number 2:17-cv-01341-JCM-CWH.

On August 31, 2017, the court entered an order adopting Magistrate Judge Hoffman's report and recommendation that plaintiff Brian Borenstein's complaint be dismissed without prejudice. (ECF No. 6). In the same order, the court granted plaintiff thirty (30) days from the date of the order to file an amended complaint, specifying that failure to file an amended complaint within the time specified "will result in dismissal of the action." *Id.*

Plaintiff has failed to file either an amended complaint or a motion for an extension of time to file the same.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's action is dismissed.

The clerk of court is instructed to enter judgment accordingly and close the case.

DATED October 17, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**